# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133656

PAUL MILLER,
      Plaintiff-Appellee,

v

LEIGH K. RUBIN, DPM and NATHAN
KRINSKY, P.C.,
      Defendants-Appellants.

SC: 133656
COA: 273742
Wayne CC: 06-612213-NH

_____/

      On order of the Court, the application for leave to appeal the March 2, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should now be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2007

_____
Clerk

d0830